**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**ADMINISTRATIVE ORDER**
**No. 23-12**

**Reassignment of Cases**

Judge Carol A. Doyle having announced her retirement, and Judge LaShonda A. Hunt having been nominated to the United States District Court, and the Senate having confirmed the nomination **IT IS ORDERED:**

Except as otherwise ordered, all pending Chapter 13 cases assigned to Judge Doyle as well as any related adversary proceedings are reassigned to Judge Barnes.

Except as otherwise ordered, (1) all pending Chapter 7 and Chapter 11 cases assigned to Judge Doyle as well as any related adversary proceedings and (2) any pending adversary proceedings in closed Chapter 7 and Chapter 11 bankruptcy cases assigned to Judge Doyle, are randomly reassigned to Judges Goldgar, Cox, Baer, Cassling, Barnes, Thorne, and Cleary.

Except as otherwise ordered, all pending Chapter 13 cases assigned to Judge Barnes as well as any related adversary proceedings are randomly reassigned to Judges Goldgar and Cleary.

Except as otherwise ordered, a portion of the pending Chapter 13 cases assigned to Judge Thorne as well as any adversary proceedings related to those cases are randomly reassigned to Judges Goldgar and Cleary.

The clerk is authorized to modify the court's electronic case management records to conform with this order.

This order is effective as of the close of business on May 18, 2023.

Dated:   May 12, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　A. Benjamin Goldgar
　　　　　　　　　　　　　　　　　　　　　　　　　Chief Judge